IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARITZ LUCIA SWARTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00335 |
| ) | Judge Aleta A. Trauger |
| ASURION INSURANCE SERVICES, INC., ) | Magistrate Judge Barbara D. Holmes |
| ) | |
| Defendant. ) | |

## ORDER

Magistrate Judge Barbara Holmes has issued a Report and Recommendation ("R&R"), recommending that the court grant the Motion to Dismiss filed by defendant Asurion Insurance Services, Inc. ("Asurion"). Plaintiff Maritza Swartz, who proceeds *pro se*, has filed Objections to the R&R. As set forth in the accompanying Memorandum, the plaintiff's Objections (Doc. No. 264) are **OVERRULED**, and the R&R (Doc. No. 25) is **ADOPTED AND ACCEPTED** in its entirety. Accordingly, the defendant's Motion to Dismiss (Doc. No. 13) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge